IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10126
Summary Calendar
_____

DAVID CHASE BOYD,

Petitioner-Appellant,

versus

GARY L. JOHNSON, Director, Texas
Department of Criminal Justice,
Institutional Division,

Respondent-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:95-CV-30
- - - - - - - - - -
July 18, 1996

Before REAVLEY, BARKSDALE and DENNIS, Circuit Judges.

PER CURIAM:[*]

David Chase Boyd, Texas state prisoner #588655, appeals the district court's denial of his 28 U.S.C. § 2254 petition for habeas relief. Boyd contends that the district court erroneously accorded the state court's findings of fact a presumption of correctness and improperly denied him an evidentiary hearing.

We have reviewed the record and Boyd's brief and AFFIRM the judgment of the district court for essentially the reasons stated

---

Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

by the district court.  <u>Boyd v. Scott</u>, No. 7:95-CV-30-X (N.D.

Tex. Jan. 24, 1996).

AFFIRMED.